OAO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

_____MIDDLE_____ District of _____FLORIDA_____

TAMPA BAY BUCCANEERS, and
NATIONAL FOOTBALL LEAGUE
MANAGEMENT COUNCIL,

    Petitioners,

vs.

KEENAN McCARDELL and
NATIONAL FOOTBALL LEAGUE
PLAYERS ASSOCIATION

    Respondents.

**SUMMONS IN A CIVIL CASE (ALIAS),**

CASE: 8:05-cv-01887-SCB-EAJ

TO: (Name and address of Defendant)

    Keenan McCardell
    c/o San Diego Chargers
    4020 Murphy Canyon Road
    San Diego, California 92123
    (858) 874-4500

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

ERIK R. MATHENEY
HILL, WARD & HENDERSON, P.A.
101 EAST KENNEDY BOULEVARD
SUITE 3700
TAMPA, FLORIDA 33602-5195

an answer to the complaint which is herewith served upon you, within __20__ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

SHERYL L. LOESCH
CLERK

_(signature)_
(By) DEPUTY CLERK

1 3 OCT 2005
DATE

OAO 440 (Rev. 10/93) Summons in a Civil Action

OAO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

_____MIDDLE_____ District of _____FLORIDA_____

TAMPA BAY BUCCANEERS, and
NATIONAL FOOTBALL LEAGUE
MANAGEMENT COUNCIL,

**SUMMONS IN A CIVIL CASE (ALIAS),**

Petitioners,

vs.

KEENAN McCARDELL and
NATIONAL FOOTBALL LEAGUE
PLAYERS ASSOCIATION

**CASE: 8:05-cv-01887-SCB-EAJ**

Respondents.

TO: (Name and address of Defendant)

National Football League Players Association
2021 L Street, NW, Suite 600
Washington, DC 20036
(202) 857-0380

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

ERIK R. MATHENEY
HILL, WARD & HENDERSON, P.A.
101 EAST KENNEDY BOULEVARD
SUITE 3700
TAMPA, FLORIDA 33602-5195

an answer to the complaint which is herewith served upon you, within __20__ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

SHERYL L. LOESCH            1 3 OCT 2005
CLERK                        DATE

*(signature)*
(By) DEPUTY CLERK

OAO 440 (Rev. 10/93) Summons in a Civil Action