UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

TAMPA BAY BUCCANEERS, and
NATIONAL FOOTBALL LEAGUE
MANAGEMENT COUNCIL,

    Petitioners,

v.                              CASE No: 8:05-cv-01887-SCB-EAJ

KEENAN McCARDELL and
NATIONAL FOOTBALL LEAGUE
PLAYERS ASSOCIATION,

    Respondents.
_____/

**NOTICE OF WITHDRAWAL OF PETITION**
**TO CONFIRM ARBITRATION AWARD**

COMES NOW, Petitioners, TAMPA BAY BUCCANEERS and NATIONAL FOOTBALL LEAGUE MANAGEMENT COUNCIL, by and through their undersigned counsel and file this notice of withdrawal of their Petition to Confirm Arbitration Award filed on October 12, 2005 (Dkt. No. 1).

Respondent, KEENAN McCARDELL, has complied with the Arbitration Award to the satisfaction of the TAMPA BAY BUCCANEERS. Therefore, the Petition to Confirm Arbitration Award is no longer warranted.

Dockets.Justia.com

WHEREFORE, Petitioners respectfully withdraw their Petition to Confirm Arbitration Award.

Respectfully submitted,

s/ Erik R. Matheney
Timothy A. Hunt, Esq.
Florida Bar No. 375764
Erik R. Matheney, Esq.
Florida Bar No. 0005411
HILL, WARD & HENDERSON, P.A.
101 E. Kennedy Boulevard, S. 3700
P. O. Box 2231
Tampa, Florida 33601
(813) 221-3900 (Telephone)