Tampa Bay Buccaneers et al v. Keenan McCardell et al — Doc. 4
Case 8:05-cv-01887-SCB-EAJ   Document 4   Filed 10/21/2005   Page 1 of 2

**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

TAMPA BAY BUCCANEERS, and
NATIONAL FOOTBALL LEAGUE
MANAGEMENT COUNSEL,

                          Plaintiffs,

-v-                                                Case No.  8:05-cv-1887-T-24EAJ

KEENAN McCARDELL and
NATIONAL FOOTBALL LEAGUE
PLAYERS ASSOCIATION,

                          Defendants.
_____/

## ORDER

This cause comes before the Court on Plaintiffs' Notice of Withdrawal of Petition to Confirm Arbitration Award (Doc. No. 3).  The Court construes this notice of withdrawal as a motion to dismiss the action without prejudice.  Under Fed. R. Civ. P. 41(a)(1), "an action may be dismissed by the plaintiff without order of court (i) by filing a notice of dismissal at any time before service by the adverse party of an answer or of a motion for summary judgment, whichever first occurs. . .."  A review of the case docket reveals that Plaintiffs have not yet perfected service on Defendants.  Therefore, Plaintiffs may voluntarily dismiss the action without prejudice.

Accordingly, it is **ORDERED AND ADJUDGED** that Plaintiffs' Notice of Withdrawal of Petition to Confirm Arbitration Award (Doc. No. 3) is **GRANTED**.  The clerk is directed to **CLOSE** this case and terminate any pending motions.

Dockets.Justia.com

**DONE AND ORDERED** at Tampa, Florida, this 21st day of October, 2005.

*Susan C. Bucklew*
SUSAN C. BUCKLEW
United States District Judge

Copies to:
Counsel of Record