UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

TAMPA BAY BUCCANEERS, and
NATIONAL FOOTBALL LEAGUE
MANAGEMENT COUNSEL,

                Plaintiffs,

-v-                                                    Case No.  8:05-cv-1887-T-24EAJ

KEENAN McCARDELL and
NATIONAL FOOTBALL LEAGUE
PLAYERS ASSOCIATION,

                Defendants.
_____/

**ORDER**

      This cause comes before the Court on Plaintiffs' Notice of Withdrawal of Petition to Confirm Arbitration Award (Doc. No. 3).  The Court construes this notice of withdrawal as a motion to dismiss the action without prejudice.  Under Fed. R. Civ. P. 41(a)(1), "an action may be dismissed by the plaintiff without order of court (i) by filing a notice of dismissal at any time before service by the adverse party of an answer or of a motion for summary judgment, whichever first occurs. . .."  A review of the case docket reveals that Plaintiffs have not yet perfected service on Defendants.  Therefore, Plaintiffs may voluntarily dismiss the action without prejudice.

      Accordingly, it is **ORDERED AND ADJUDGED** that Plaintiffs' Notice of Withdrawal of Petition to Confirm Arbitration Award (Doc. No. 3) is **GRANTED**.  The clerk is directed to **CLOSE** this case and terminate any pending motions.

**DONE AND ORDERED** at Tampa, Florida, this 21ˢᵗ day of October, 2005.

/s/ Susan C. Bucklew
SUSAN C. BUCKLEW
United States District Judge

Copies to:
Counsel of Record